478 A.2d 78

Commonwealth v. Rhome, Appellant.

Submitted March 26, 1984.   John M. Zeglen, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and BROSKY and MONTGOMERY, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.